### TALBOTT v. STATE.
#### No. 26589.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

No attorney on appeal for appellant.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Charged with driving a motor vehicle while intoxicated, appellant waived jury trial and entered his plea of guilty before the court. He was adjudged guilty and assessed a penalty of 60 days in jail.

The proceedings appear to be regular. The record before us contains no statement of facts or bills of exception and nothing is presented for our consideration.

The judgment is affirmed.